UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| **ALMA DELGADILLO,** | ) |
| Plaintiff, | ) Case No. CV 11-5998 AJW |
| v. | ) **J U D G M E N T** |
| **MICHAEL J. ASTRUE, Commissioner of the Social Security Administration,** | ) |
| Defendant. | ) |

**IT IS ADJUDGED** that defendant's decision is **affirmed.**

June 4, 2012

_____
ANDREW J. WISTRICH
United States Magistrate Judge